```
QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JOSHUA MAYFIELD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR. S-05-350 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | |
| JOSHUA MAYFIELD, | ) | Date: October 26, 2005 |
| | ) | Time: 2:00 p.m. |
| Defendant. | ) | Judge: Hon. Peter A. Nowinski |
| | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Joshua Mayfield, though their counsel, that the preliminary hearing scheduled for October 26, 2005, may be continued to November 17, 2005, at 2:00 p.m.

   The United States filed an information sent defense counsel a pre-indictment plea offer which, if accepted, will obviate the need for preliminary hearing or indictment.  Mr. Mayfield is scheduled to review the current proposal with defense counsel today; if he accepts it, the parties anticipate entering a plea in district court on November 1 or 15, 2005.  In order to have additional time to complete these tasks, and recognizing that a pre-indictment resolution may serve his best interests, Mr. Mayfield specifically consents to extend the time limit for the

preliminary hearing, pursuant to Fed. R. Crim. P. 5.1(d), and the parties agree that their continued discussions constitute good cause to extend the time for preliminary hearing, taking into consideration the public interest in the prompt disposition of criminal cases.  The parties further agree that time between the date of this order and November 17, 2005, may be excluded from the period within which an indictment must be filed under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(A)(delay resulting from examination to determine physical capacity) and (h)(8)(A).

Respectfully submitted,

QUIN DENVIR
Federal Public Defender

Dated: October 24, 2005        /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for JOSHUA MAYFIELD


                               McGREGOR SCOTT
                               United States Attorney

Dated: October 24, 2005        /s/ E. Endrizzi
                               ELLEN V. ENDRIZZI
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**O R D E R**

The preliminary hearing is continued to November 17, 2005, at 2:00 p.m.  Time is hereby extended pursuant to Rule 5.1 and excluded under the Speedy Trial Act through that date for the reasons stated above and by agreement of the parties.

IT IS SO ORDERED.

Dated:  October 26, 2005.

                               /s/ Peter A. Nowinski
                               PETER A. NOWINSKI
                               Magistrate Judge