UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
December 12, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
                  DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                                         ) | Case No. 2:05-CR-0350 |
|         Plaintiff,       ) | |
| v.                                         ) | ORDER FOR RELEASE OF |
|                                          ) | PERSON IN CUSTODY |
| JOSHUA MAYFIELD,         ) | |
|         Defendant.       ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOSHUA MAYFIELD__ , Case No. __2:05-CR-0350__ , Charge __18:3606 Probation Violation__ :

    ✔    Release on Personal Recognizance

    __    Bail Posted in the Sum of $__

            __    Unsecured Appearance Bond

            __    Appearance Bond with 10% Deposit

            __    Appearance Bond with Surety

            __    Corporate Surety Bail Bond

    ✔    (Other)       See attached document.

Issued at __Sacramento, CA__ on __December 12, 2006__ at __9:41 am__ .

By _____
                Lawrence K. Karlton
                United States District Judge

Original - U.S. Marshal

RE:   Joshua Phillip MAYFIELD
      Docket Number : 2:05CR00350-01


Recommended language and modifications of Probation if defendant is released from custody:

The defendant is ordered released from custody under the same conditions of probation ordered on January 10, 2006. Disposition of this matter is continued to February 6, 2007, at 9:30 a.m. The defendant is ordered to appear in court on that date.

The defendant's conditions of probation are modified as follows:

1)   The defendant shall perform up to 5 hours per week of volunteer community service and/or attend self-help programs, as directed by the probation officer.

2)   The defendant shall only use his telephone as approved by his probation officer or staff at his care home.

3)   The defendant shall comply with the conditions of home confinement to commence when directed by the probation officer. During this time, the defendant will remain at his place of residence at all times and shall not leave except when such leave is approved by the defendant's probation officer.